

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1055-13

### JOHN WOODS, Appellant

### v.

### THE STATE OF TEXAS

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FOURTEENTH COURT OF APPEALS
### HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of aggravated assault and sentenced to 10 years in prison.

On appeal, he argued, among other things, that the evidence was insufficient to support the

$279 in court costs assessed against him in the judgment. The Court of Appeals agreed,

relying on its opinion in *Johnson v. State*, 389 S.W.3d 513 (Tex. App. – Houston [14th Dist.]

2012). *Woods v. State*, No. 14-12-00775-CR, 2013 Tex. App. LEXIS 9396 (Tex. App. –

Houston [14th Dist.] July 30, 2013) (not designated for publication).

The State has filed a petition for discretionary review of this decision. We recently

handed down our opinion in *Johnson v. State*, No. PD-0193-13, 2014 Tex. Crim. App.

LEXIS 240 (Tex. Crim. App. February 26, 2014), in which we set forth a roadmap for

resolving questions regarding court costs. *See also Cardenas v. State*, No. PD-0733-13, 2014

Tex. Crim. App. LEXIS 236 (Tex. Crim. App. February 26, 2014).

The Court of Appeals in the instant case did not have the benefit of our opinion in

*Johnson*. Accordingly, we grant the State's petition for discretionary review, vacate the

judgment of the Court of Appeals, and remand this case to the Court of Appeals in light of

our opinion in *Johnson*. No motion for rehearing will be entertained.

DATE DELIVERED: April 16, 2014

DO NOT PUBLISH